EGERY (MINNIE), Respondent, vs. SMITH and another, Appellants.

For the appellants: *Nolan, Dougherty, Grubb & Ryan* of Janesville.

For the respondent: *Adams & Adams* of Beloit.

*By the Court.*—Judgment affirmed.